FERDINAND IP LAW GROUP
Edmund J. Ferdinand, III, Esq. (EF 9885)
John F. Olsen, Esq. (JO 8553)
Alexander R. Malbin, Esq. (AM 9385)
450 Seventh Avenue, Suite 2300
New York, NY 10123
Phone: (212) 220-0523
JFerdinand@FIPLawGroup.com
JOlsen@FIPLawGroup.com
AMalbin@FIPLawGroup.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. CHARLES NEW YORK INC., <br><br> Plaintiff, <br><br> - against - <br><br> E. LAWRENCE DESIGN, LLC; NEW DAY WOODWORK, INC., RBL METALS, LLC, AMY SCHORR and BRIAN SCHORR, <br><br> Defendants. | Case No. 1:23-cv-04622 <br><br><br> **VOLUNTARY DISMISSAL OF ACTION** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, St. Charles New York, Inc., hereby dismisses the action against all Defendants without prejudice.

1

Dated: July 24, 2023
New York, New York

        Respectfully submitted,

        FERDINAND IP LAW GROUP

        By:/Edmund J. Ferdinand, III
        Edmund J. Ferdinand, III, Esq. (EF 9885)
        450 Seventh Avenue, Suite 2300
        New York, New York 10123
        (p) (212) 220-0523
        JFerdinand@FIPLawGroup.com

        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that notice will be given to all counsel of record who have appeared in the action for Defendants by virtue of the Court's ECF system upon the filing of this Voluntary Dismissal on July 24, 2023.

        By:/Edmund J. Ferdinand, III
        Edmund J. Ferdinand, III, Esq.